**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-201-RLH (PAL) |
| ) | |
| MARQUETTE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on October 13, 2010, defendant MARQUETTE WILLIAMS pled guilty to Count One of a Two-Count Superseding Criminal Indictment charging him in Count One with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant MARQUETTE WILLIAMS agreed to the forfeiture of property set forth in Forfeiture Allegation of the Superseding Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment and the offense to which defendant MARQUETTE WILLIAMS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

      (a)    a Ruger P-95DC 9mm handgun, serial # 31473081;

      (b)    a Glock 9mm handgun, serial # NDW222; and

    (c)  any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MARQUETTE WILLIAMS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

    MICHAEL A. HUMPHREYS
    Assistant United States Attorney
    DANIEL D. HOLLINGSWORTH
    Assistant United States Attorney
    Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

1 following publication of notice of seizure and intent to administratively forfeit the above-described
2 property.
3       DATED this   15th   day of     October      , 2010.

                                          _____
                                          UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on October 14, 2010 by the below identified method of service:

E-mail/ECF

Paul Riddle
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Email: ECF_Vegas@FD.ORG
*Counsel for Marquette Williams*

                                        /s/AlexandraMMcWhorter
                                        ALEXANDRA M. MCWHORTER
                                        Forfeiture Support Associate Paralegal